MOSES S. BARDAVID (SBN 200296)
LAW OFFICES OF MOSES S. BARDAVID
16133 Ventura Boulevard
7th Floor
Encino, CA 91436
Tel: (818) 377-7454
Fax: (818) 377-7455

Attorneys for Secured Creditor
DAVID DAYANOFF

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case No.: **2:04-22926-BB** |
|---|---|
| STEVEN AND SUSAN OSCHEROWITZ | CHAPTER 7 |
| Debtor. | **LIMITED OPPOSITION TO DEBTOR'S MOTION TO AVOID JUDGMENT LIEN AND AUTHORIZING SHORTSALE** |
| | Date:  August 20, 2013<br>Time:  11:00 AM<br>Crtrm: 1475 |

Secured Creditor, David Dayanoff ("Dayanoff"), respectfully submits the following limited Opposition to Steven and Susan Oscherowitz ("Debtors") Motion for Order Avoiding Lien and Authorizing Short-sale (the "Motion").

The Debtor's Motion concerns the Debtor's real property located at 117 North Citrus Avenue, Los Angeles, CA 90036 ("Subject Property").    Debtor seeks avoidance of judgment liens and Court approval of the short-sale.    Dayanoff takes no position as to avoidance of the judgment liens, however objects to approval of the short-sale to the extent that the terms of the short-sale attempt to involuntarily modify or alter the voluntary secured claim, per deed of trust, of Dayanoff in an amount of $150,000.00 (see Debtor's exhibit "C").

///

1    The Debtor and Dayanoff have not come to any agreement as to the terms of payoff

2  on the Dayanoff Secured Lien, and to that extent, each lien creditor has <u>not</u> consented or

3  approved of the short-sale.

4    Wherefore, Dayanoff requests that this Court deny Debtor's reqest to authorize short

5  sale to the extent that that the terms of the short-sale attempt to involuntarily modify or alter

6  the voluntary secured claim, per deed of trust.

7

8

9  Dated:  August 6, 2013                    **LAW OFFICES OF MOSES S. BARDAVID**

10

11                                    By:

12                                         Moses S. Bardavid
                                           Counsel Secured David Dayanoff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

| | |
|---|---|
| In re:<br>Oscherowitz<br><br>Debtor(s). | CHAPTER : 7<br><br>CASE NUMBER: 2:04-22926-BB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Blvd., 7th Floor, Encino, CA 91436

A true and correct copy of the foregoing document described as <u>Limited Opposition To Debtor's Motion to Avoid Judgment Lien and Authorizing Short-sale</u>; will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 6, 2013</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Paul A Beck   pab@pablaw.org
- Alane A Becket 2   notices@becket-lee.com
- Alan F Broidy   alan@broidylaw.com, sherrie@broidylaw.com
- Baruch C Cohen   bcc4929@gmail.com
- Harris L Cohen   hcohen00@aol.com
- Jerome S Cohen   jsc@jscbklaw.com
- Donald H Cram   dhc@severson.com, jc@severson.com
- Tami S Crosby   tcrosby@mileslegal.com
- Christina Erickson   cerickson@richardsonpatel.com
- Alan W Forsley   awf@fl-lawyers.net, awf@fkllawfirm.com,addy@fl-lawyers.net,lc@fl-lawyers.net,awf@fl-lawyers.net
- Gil Hopenstand   ghopenstand@wwolawyers.com
- Kari A Keidser   kkeidser@gmail.com
- Leib M Lerner   leib.lerner@alston.com
- Elan S Levey   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Yevgeniya Lisitsa   glisitsa@msn.com

- William Malcolm   bill@mclaw.org
- Alison J Maloof   ecfcacbrs@piteduncan.com
- Aram Ordubegian   ordubegian.aram@arentfox.com
- Shai S Oved   ssoesq@aol.com
- Vy Pham   vpham@mileslegal.com
- Lee S Raphael   cmartin@pralc.com
- David L Ray (TR)   jf@srblaw.com, dray@ecf.epiqsystems.com;cs@srblaw.com
- Timothy J Silverman   tim@sgsslaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Diane Weifenbach   diane@attylsi.com
- David R. Weinstein   david.weinstein@bryancave.com, raul.morales@bryancave.com;alicia.moore@bryancave.com
- Gilbert B Weisman   notices@becket-lee.com
- Sharon Z. Weiss   sharon.weiss@bryancave.com, raul.morales@bryancave.com
- Jerome A Yelsky   yelsky@cherinandyelsky.com, casupportgroup@w-legal.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Shei Bluebond, 255 East Temple Street, Courtroom 1475, Los Angeles, CA 90012

☐   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 8, 2013 | Carrie Bardavid | *Carrie Bardavid* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**