1  **LAW OFFICES OF SHAI OVED**
**Shai Oved, Esq.  CBN 185526**
2  **7445 Topanga Cyn Blvd, Suite 220**
**Canoga Park, California 91303**
3  **Email - ssoesq@aol.com**
**Tel: (818) 992-6588**
4  **Fax: (818) 992-6511**

5  **Attorneys for Post-Discharged Debtors**
**appearing herein for a limited purposes**
6

7

8
**UNITED STATES BANKRUPTCY COURT**
9
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**
10

11

12  **In re** ) **CASE NO.  2:04-bk-22926-BB**
) **Chapter 7**
)
13  **Steven and Susan Oscherowitz,** ) **DEBTORS' REPLY TO DAVID DAYANOFF'S**
) **LIMITED OPPOSITION TO MOTION FOR ORDER**
14  ) **AVOIDING JUDGMENT LIEN OF SHALOM AND**
) **SHEVACH MOZES AND AUTHORIZING SHORT-**
15  **Debtors.** ) **SALE**
)
16  )
)
) HEARING DATE
17  ) Date:      August 20, 2013
) Time:      11:00 a.m.
18  ) Place:     Courtroom 1475
)            US Bankruptcy Court
19  )            255 East Temple Street
)            Los Angeles, CA 90012
20  _____ )

21      **TO THE HONORABLE UNITED STATES BANKRUPTCY COURT AND ALL**

22  **OTHER INTERESTED PARTIES:**

23      **COME NOW DEBTORS** Steven and Susan Oscherowitz (hereinafter referred to

24  collectively as "Debtors" or "Movants"), through their attorneys, The Law Offices of Shai Oved,

25  with their Reply to David Dayanoff's Limited Opposition to motion for order avoiding the judgment

26  lien of Shalom and Shevach Mozes and authorizing Debtors to complete a short-sale of their

27  property located at 117 N. Citrus Ave., Los Angeles, CA 90036 (hereinafter referred to as the

28  "Property") as follows:

1        1.        David Dayanoff's limited opposition comes as a surprise to Debtors as no other

2    interested party objected to the Debtors' Motion.

3        2.        Even though David Dayanoff initially agreed to accept a reduced payoff for a release

4    of his lien, upon learning of Debtors' efforts to avoid the judgment lien of Shalom and Shevach

5    Mozes, he apparently believed his purported priority in the list of junior liens would substantially

6    improve (ie, the Mozes's judgment lien is in the amount of $450,000).

7        3.        Debtors recognize that the short sale can not proceed without the approval of all

8    secured creditors. Debtors believe that not only should Dayanoff be estopped from changing his

9    former position, for which they previously relied, but other defects exist with respect to Dayanoff's

10   position.

11       4.        Notwithstanding and without waiving any rights, all of which are expressly reserved,

12   Debtors believe that a consensual agreement can be reached, as did previously, and seek a further

13   continuance of the August 20, 2013, hearing for 2 weeks in order to do so. As of the time of this

14   Opposition, counsel had exchanged phone messages and were still waiting on their clients as to

15   settlement discussions discussed between counsel. Debtors and Mozes (judgment creditor whose

16   lien was to be avoided) have been able to reach an agreement to resolve its lien, and they believe

17   they will be able to reach an agreement as to the Dayanoff's lien.

18       5.        It is anticipated that a joint stipulation will be filed to continue the hearing for an

19   additional two weeks so the parties can continue/finalize any settlement.

20       6.        Debtors respectfully request that this hearing be continued for two weeks without the

21   need for an appearance. Request for Continuance. Debtors hereby move this Court for a

22   continuance of this matter pursuant to Local Bankruptcy Rule 9013-1(m)(1) for two weeks (or the

23   Court's next available hearing date) so that the parties can continue to work out matters informally.

24

25                                                Respectfully submitted,

26                                                The Law Offices of Shai Oved

27   Dated: August 13, 2013                       /s/ Shai Oved
                                                  _____
28                                                Shai Oved, Attorneys for Debtors

1

**PROOF OF SERVICE**

2    **( )    BY U.S. MAIL**

3    **( )    BY HAND DELIVERY**

4    **( )    BY FAX**

5    **(xx)    BY SPECIAL DELIVERY/FEDERAL EXPRESS/EXPRESS MAIL**

6        I am a resident of Los Angeles County, California.  I am over the age of 18 and not a party

7    to the within action.  My business address is 7445 Topanga Cyn Blvd., Suite 220, Canoga Park,

8    California 91303.  On August 13, 2013, I served a true and correct copy of **DEBTORS' REPLY**

9    **TO DAVID DAYANOFF'S LIMITED OPPOSITION TO MOTION FOR ORDER**

10    **AVOIDING JUDGMENT LIEN OF SHALOM AND SHEVACH MOZES AND**

11    **AUTHORIZING SHORT-SALE** on the <u>Parties-in-Interest</u> in this action, in the manner referenced

12    above and addressed or telecopied as follows:

13

14    Aviv Tuchman                                                Counsel for Creditor
    Tuchman & Associates
15    6080 W Pico Blvd.,                                        Via Email to Tuchmanlaw@aol.com
    Los Angeles, CA, 90035

16
    Mozes Bardavid
17    Law Offices of Mozes Bardavid                    Counsel for Dayanoff
    16133 Ventura Blvd., 7th Floor
18    Encino, CA 91436                                        Via Email to mbardavid@hotmail.com

19        The following will be served by CM/ECF:

20        Moises S Bardavid mbardavid@hotmail.com
    Paul A Beck pab@pablaw.org
21
    Alane A Becket 2 notices@becket-lee.com
22
    Alan F Broidy alan@broidylaw.com, sherrie@broidylaw.com
23
    Baruch C Cohen bcc4929@gmail.com
24
    Harris L Cohen hcohen00@aol.com
25
    Jerome S Cohen jsc@jscbklaw.com
26
    Donald H Cram dhc@severson.com
27
    Tami S Crosby tcrosby@mileslegal.com
28
    Christina Erickson cerickson@richardsonpatel.com

Alan W Forsley awf@fl-lawyers.net, awf@fkllawfirm.com,addy@fl-lawyers.net,lc@fl-lawyers.net,awf@fl-lawyers.net

Gil Hopenstand ghopenstand@wwolawyers.com

Kari A Keidser kkeidser@gmail.com

Leib M Lerner leib.lerner@alston.com

Elan S Levey elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Yevgeniya Lisitsa glisitsa@msn.com

William Malcolm bill@mclaw.org

Alison J Maloof ecfcacbrs@piteduncan.com

Aram Ordubegian ordubegian.aram@arentfox.com

Shai S Oved ssoesq@aol.com

Vy Pham vpham@mileslegal.com

Lee S Raphael cmartin@pralc.com

David L Ray (TR) jf@srblaw.com, dray@ecf.epiqsystems.com;cs@srblaw.com

Timothy J Silverman tim@sgsslaw.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Diane Weifenbach diane@attylsi.com

David R. Weinstein david.weinstein@bryancave.com, raul.morales@bryancave.com;alicia.moore@bryancave.com

Gilbert B Weisman notices@becket-lee.com

Sharon Z. Weiss sharon.weiss@bryancave.com, raul.morales@bryancave.com

Jerome A Yelsky yelsky@cherinandyelsky.com, casupportgroup@w-legal.com

The following will be served by personal delivery within one day after filing:

The Honorable Sheri Bluebond.
United States Bankruptcy Court
255 E. Temple Street, Courtroom 1475
Los Angeles, CA 90012

Executed on August 13, 2013, at Woodland Hills, California.

/s/ Shai Oved

_____

Shai Oved