**LAW OFFICES OF SHAI OVED**
**Shai Oved, Esq.  CBN 185526**
**7445 Topanga Cyn Blvd, Suite 220**
**Canoga Park, California 91303**
**Email - ssoesq@aol.com**
**Tel: (818) 992-6588**
**Fax: (818) 992-6511**

**Attorneys for Post-Discharged Debtors**
**appearing herein for a limited purposes**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| **In re** | **CASE NO.  2:04-bk-22926-BB** |
| | **Chapter 7** |
| **Steven and Susan Oscherowitz,** | **NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION TO AVOID LIEN AND FOR AUTHORITY TO COMPLETE SHORT-SALE** |
| **Debtors.** | |
| | HEARING |
| | Date:     November 12, 2013 |
| | Time:    11:00 a.m. |
| | Place:    Courtroom 1475 |
| | 255 E. Temple St. |
| | Los Angeles, CA 90012 |

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Debtors Steven and Susan Oscherowitz, through their attorneys, The Law Offices of Shai Oved, hereby withdraw and give notice of their withdrawal of their Motion for an order avoiding the judgment lien of Shalom and Shevach Mozes and authorizing Debtors to complete a short-sale of their property located at 117 N. Citrus Ave., Los Angeles, CA 90036.

Respectfully submitted,

The Law Offices of Shai Oved

Dated: November 7, 2013        /s/ Shai Oved
_____
By: Shai Oved, Attorneys for Debtors

**PROOF OF SERVICE**

( )  **BY U.S. MAIL**

( )  **BY HAND DELIVERY**

( )  **BY FAX**

**(xx)**  **BY SPECIAL DELIVERY/FEDERAL EXPRESS/EXPRESS MAIL**

I am a resident of Los Angeles County, California.  I am over the age of 18 and not a party to the within action.  My business address is 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, California 91303.  On November 7, 2013, I served a true and correct copy of **NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION TO AVOID LIEN AND FOR AUTHORITY TO COMPLETE SHORT-SALE** on the Parties-in-Interest in this action, in the manner referenced above and addressed or telecopied as follows:

Aviv Tuchman                                      Counsel for Creditor
Tuchman & Associates                          Via Email Tuchmanlaw@aol.com
6080 W Pico Blvd.,
Los Angeles, CA, 90035

Moses Bardavid
Law Offices of Moses Bardavid          Counsel for Dayanoff
16133 Ventura Blvd., 7th Floor
Encino, CA 91436                                 Via Email to mbardavid@hotmail.com

The following will be served by CM/ECF:

Moises S Bardavid mbardavid@hotmail.com

Paul A Beck pab@pablaw.org

Alane A Becket 2 notices@becket-lee.com

Alan F Broidy alan@broidylaw.com, sherrie@broidylaw.com

Baruch C Cohen bcc4929@gmail.com

Harris L Cohen hcohen00@aol.com

Jerome S Cohen jsc@jscbklaw.com

Donald H Cram dhc@severson.com

Tami S Crosby tcrosby@mileslegal.com

Christina Erickson cerickson@richardsonpatel.com

Alan W Forsley awf@fl-lawyers.net, awf@fkllawfirm.com,addy@fl-lawyers.net,lc@fl-lawyers.net,awf@fl-lawyers.net

Gil Hopenstand ghopenstand@wwolawyers.com

Kari A Keidser kkeidser@gmail.com

Leib M Lerner leib.lerner@alston.com

Elan S Levey elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Yevgeniya Lisitsa glisitsa@msn.com

William Malcolm bill@mclaw.org

Alison J Maloof ecfcacbrs@piteduncan.com

Aram Ordubegian ordubegian.aram@arentfox.com

Shai S Oved ssoesq@aol.com

Vy Pham vpham@mileslegal.com

Lee S Raphael cmartin@pralc.com

David L Ray (TR) jf@srblaw.com, dray@ecf.epiqsystems.com;cs@srblaw.com

Timothy J Silverman tim@sgsslaw.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Diane Weifenbach diane@attylsi.com

David R. Weinstein david.weinstein@bryancave.com, raul.morales@bryancave.com;alicia.moore@bryancave.com

Gilbert B Weisman notices@becket-lee.com

Sharon Z. Weiss sharon.weiss@bryancave.com, raul.morales@bryancave.com

Jerome A Yelsky yelsky@cherinandyelsky.com, casupportgroup@w-legal.com

The following will be served by personal delivery within one day after filing:

The Honorable Sheri Bluebond.
United States Bankruptcy Court
255 E. Temple Street, Courtroom 1475
Los Angeles, CA 90012

Executed on November 7, 2013, at Canoga Park, California.

/s/ Shai Oved
Shai Oved